Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**

Saldivar Home Health Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

4 3 – 1 9 9 3 0 4 0

**4. Debtor's address**

Principal place of business

9862 Lorene Ste. 101
Number   Street

San Antonio   TX   78216
City         State  ZIP Code

Bexar
County

Mailing address, if different from principal place of business

P.O. Box 3531
Number   Street

_____
P.O. Box

Alice         TX   78333
City         State  ZIP Code

Location of principal assets, if different from principal place of business

_____
Number   Street

_____
City         State  ZIP Code

**5. Debtor's website (URL)**   www.scstx.us

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Saldivar Home Health Inc.** _____  Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. Check all that apply:

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - [x] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No
- [ ] Yes. District _____ When _____ (MM/DD/YYYY) Case number _____
  District _____ When _____ (MM/DD/YYYY) Case number _____
  District _____ When _____ (MM/DD/YYYY) Case number _____

Debtor **Saldivar Home Health Inc.** _____ Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
            Case number, if known _____  MM / DD / YYYY

            Debtor _____  Relationship _____
            District _____  When _____
            Case number, if known _____  MM / DD / YYYY

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street
_____
_____  _____  _____
City                 State  ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Saldivar Home Health Inc.**      Case number (if known) _____

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**
- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/08/2016**
MM / DD / YYYY

X **/s/ Basil P. Casteleyn Jr.**      **Basil P. Casteleyn Jr.**
Signature of authorized representative of debtor      Printed name

Title **COO**

**18. Signature of attorney**

X **/s/ Dean W. Greer**      Date **11/08/2016**
Signature of attorney for debtor      MM / DD / YYYY

**Dean W. Greer**
Printed name

**Dean W. Greer**
Firm name

**2929 Mossrock, Suite 117**
Number    Street

**San Antonio**      **TX**      **78230**
City      State      ZIP Code

**(210) 342-7100**      **dwgreer@sbcglobal.net**
Contact phone      Email address

**08414100**
Bar number      State

| | Fill in this information to identify the case: | |
|---|---|---|
| Debtor name | **Saldivar Home Health Inc.** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | | ☐ Check if this is an amended filing |

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Palmetto GBA LLC 8300 Springdale Drive Camden South Carolina 29020 | | Business Debt | Disputed | | | $2,964,025.00 |
| 2 | Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | | Taxes | | | | $300,000.00 |
| 3 | Walsh Anderson Brown Gallegos & Green PO Box 2156 Austin TX 78768 | | Business Debt | | | | $65,169.70 |
| 4 | Direct Rehab Inc 1635 NE Loop 410 Ste 506 San Antonio TX 78209 | | Business Debt | | | | $19,455.00 |
| 5 | Moreno Physical Therapy 3632 Josefina Dr. Laredo TX 78041 | | Business Debt | | | | $16,300.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Alianz Medical Inc. 9858 Gades Road Ste D3-114 Boca Raton FL 33434 | | Business Debt | | | | $15,372.26 |
| 7 | Gulf South Medical Supply PO Box 841968 Dallas TX 75284-1968 | | Business Debt | | | | $9,560.79 |
| 8 | Palmier Comprehensive Physical Therapy 3115 W Alberta Rd. Edinburg TX 78539 | | Business Debt | | | | $9,350.00 |
| 9 | RGV Therapists PC 1617 E Tyler Avenue Ste F Harlingen TX 78550 | | Business Debt | | | | $5,319.67 |
| 10 | Allegro Medical 360 Veterans Pkwy Ste 115 Bolingbrook IL 60440 | | Business Debt | | | | $3,487.57 |
| 11 | Homeline Medical Inc 14906 Collections Center Dr. Chicago IL 60693 | | Business Debt | | | | $3,066.52 |
| 12 | Laredo Sports Medicine Clinic 9652 McPherson Ste 12 Laredo TX 78045 | | Business Debt | | | | $1,880.00 |
| 13 | Elizabeth H Hogur Esq. 107 Guilford Summerville SC 29483 | | Business Debt | | | | $1,680.00 |

Debtor **Saldivar Home Health Inc.** Case number (if known) _____
        Name

| Debtor | **Saldivar Home Health Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Homecare Dimensions Inc  12500 Network Blvd. # 210  San Antonio TX 78249-3301 | | Business Debt | | | | $1,637.96 |
| 15 | American Specialty Advertising  899 Skokie Blvd Ste 112  Northbrook IL 60062 | | Business Debt | | | | $1,248.57 |
| 16 | HomeCare Medical Equipment  401 Flournoy Rd  Alice TX 78332 | | Business Debt | | | | $1,156.90 |
| 17 | Decision Health  PO Box 9405  Gaithersburg MD 20898-9405 | | Business Debt | | | | $826.85 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

IN RE:  **Saldivar Home Health Inc.**  CASE NO

CHAPTER  **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/8/2016

Signature  /s/ Basil P. Casteleyn Jr.
*Basil P. Casteleyn Jr.*
*COO*

Date

Signature

Alianz Medical Inc.
9858 Gades Road Ste D3-114
Boca Raton FL 33434


Allegro Medical
360 Veterans Pkwy Ste 115
Bolingbrook IL 60440


American Specialty Advertising
899 Skokie Blvd Ste 112
Northbrook IL 60062


Attorney General of the U.S.
10th & Const. Ave. N.W.#5111
Washington, D.C. 20530


Decision Health
PO Box 9405
Gaithersburg MD 20898-9405


Direct Rehab Inc
1635 NE Loop 410 Ste 506
San Antonio TX 78209


Elizabeth H Hogur Esq.
107 Guilford
Summerville SC 29483


Gulf South Medical Supply
PO Box 841968
Dallas TX 75284-1968


Homecare Dimensions Inc
12500 Network Blvd. #210
San Antonio TX 78249-3301


HomeCare Medical Equipment
401 Flournoy Rd
Alice TX 78332

Homeline Medical Inc
14906 Collections Center Dr.
Chicago IL 60693


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114


Laredo Sports Medicine Clinic
9652 McPherson Ste 12
Laredo TX 78045


Moreno Physical Therapy
3632 Josefina Dr.
Laredo TX 78041


Palmetto GBA LLC
8300 Springdale Drive
Camden South Carolina 29020


Palmier Comprehensive Physical Therapy
3115 W Alberta Rd.
Edinburg TX 78539


RGV Therapists PC
1617 E Tyler Avenue Ste F
Harlingen TX 78550


U. S. Attorney/IRS
601 N. W. Loop 410, Suite 600
San Antonio, Texas 78295-1539


U. S. Trustee
615 E. Houston St. Room 533
San Antonio, Texas 78205

Walsh Anderson Brown Gallegos & Green
PO Box 2156
Austin TX 78768