B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **Saldivar Home Health, Inc**
*Debtor*

Case No. **16-52586-cag**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **November 2016**       Date filed: **November 8, 2016**

Line of Business: **home health care**       NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

**RESPONSIBLE PARTY:**

_/s/ Basil A. Casteleyn, Jr._
Original Signature of Responsible Party

**Basil A. Casteleyn, Jr., COO**
Printed Name of Responsible Party

| **Questionnaire:** *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☒ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 152,012.00 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 63,829.00 |
| Cash on Hand at End of Month | $ | 75,079.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** | $ | 75,079.00 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 211,979.00 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ | |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 152,012.00 | $ 152,012.00 | $ 0.00 |
| EXPENSES | $ 211,979.00 | $ 211,979.00 | $ 0.00 |
| CASH PROFIT | $ -59,967.00 | $ -59,967.00 | $ 0.00 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 152,012.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 211,979.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ -59,967.00 |

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# Salaivan Home Health Inc
# Balance Sheet
### As of November 30, 2016

|  | Nov 30, 16 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Cash in Banks** | |
| 125 · Bank Reserve | -506.56 |
| 110 · Cash- Texas Champion Bank | -42,142.85 |
| 113 · Petty Cash | 3,193.37 |
| 111 · Petty Cash - (Over)/Under | 500.00 |
| 200 · Tx Champion - Payroll Account | 499.67 |
| **Total Cash in Banks** | -38,456.37 |
| **Total Checking/Savings** | -38,456.37 |
| **Accounts Receivable** | |
| 1210 · Care Improvement Plus | -1,630.90 |
| 1234 · Private Pay/Others | -2,483.60 |
| **Total Accounts Receivable** | -4,114.50 |
| **Other Current Assets** | |
| 114 · A/R Employee | 26,214.41 |
| 115 · Accounts Receivable-Trade | 664,404.42 |
| 120 · Cash - Payroll | -6,100.00 |
| 14100 · Employee Advances | -2,741.45 |
| 14200 · Employee Loan | 31,978.81 |
| **Total Other Current Assets** | 713,756.19 |
| **Total Current Assets** | 671,185.32 |
| **Fixed Assets** | |
| **Property & Equipment** | |
| 159 · Computers/Printers | 92,357.26 |
| 146 · Furniture & Fixtures | 44,510.39 |
| 150 · Leasehood Improvements | 29,044.93 |
| 191 · Medical Equipment | 32,725.53 |
| 153 · Telephone Equipment | 1,817.70 |
| 190 · Vehicles | 516,406.39 |
| 147 · Accumulated Depreciation | -460,207.00 |
| **Total Property & Equipment** | 256,655.20 |
| **Total Fixed Assets** | 256,655.20 |
| **Other Assets** | |
| 11405 · Advances-Shareholders | 15,000.00 |
| 180 · Deposits | 8,544.00 |
| 175 · Start Up Cost | 1,025.00 |
| **Total Other Assets** | 24,569.00 |
| **TOTAL ASSETS** | **952,409.52** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 3,660,749.33 |

**Saldivar Home Health Inc**
**Balance Sheet**
*As of November 30, 2016*

Accrual Basis

| | Nov 30, 16 |
|---|---|
| **Total Accounts Payable** | 3,660,749.33 |
| **Other Current Liabilities** | |
| 2100 · Payroll Liabilities | |
|     215 · Accrued FICA Taxes | 401,983.88 |
|     217 · Accrued FUTA Taxes | 8,182.80 |
|     219 · Accrued TWC Taxes | -20,356.11 |
|     21100 · Child Support | -50,981.38 |
|     68015 · Colonial Critical Illness | 8,961.23 |
|     23300 · Federal Withholding Payable | 362,500.00 |
|     21200 · Student Loan | -829.35 |
|     2100 · Payroll Liabilities - Other | 35,365.89 |
| Total 2100 · Payroll Liabilities | 744,826.96 |
| 23400 · Current Part on LT Debt | 32,360.93 |
| **Total Other Current Liabilities** | 777,187.89 |
| **Total Current Liabilities** | 4,437,937.22 |
| **Long Term Liabilities** | |
| 2024 · N/P - Robert Saldivar | 18,865.61 |
| 2023 · N/P - PlainsCapitalBank | -67,460.90 |
| 2022 · N/P - Ofelia Saldivar | 35,200.00 |
| 204 · N/P - Texas Champion bank | 10,000.00 |
| 202 · N/P - Margot P. Saldivar | 24,484.43 |
| 2021 · N/P - Norma Rodriquez | 48,000.00 |
| Notes Payable-Vehicles | |
|     20603 · Note Payable- FMCC - 2 | 20,928.93 |
|     20602 · Note Payable- FMCC - 44 | -799.46 |
|     20621 · Note Payable-FMCC-3 | 9,115.41 |
|     2060 · Note payable-Ford 42 | 16,953.21 |
|     2064 · Note Payable-Auto 2 | -13,573.20 |
|     2063 · Note Payable9,10,11 | -2,345.20 |
| Total Notes Payable-Vehicles | 30,279.69 |
| 21000 · Less-Current Part of LT Debt | -32,360.93 |
| **Total Long Term Liabilities** | 67,007.90 |
| **Total Liabilities** | 4,504,945.12 |
| **Equity** | |
| 23305 · Capital Stock | 1,000.00 |
| 280 · Retained Earnings | -234,135.27 |
| Net Income | -3,319,400.33 |
| **Total Equity** | -3,552,535.60 |
| **TOTAL LIABILITIES & EQUITY** | 952,409.52 |



TEXAS CHAMPION BANK
6124 S. Staples
P.O. Box 270550
Corpus Christi, TX 78427
361-892-9850
Fax 361-992-9854

101027006

Nov 30, 2016

Pg 1 of 5

SALDIVAR HOME HEALTH INC
901 N JOHNSON
ALICE TX 78332

141

```
Commercial Chkg
11/01/2016 Beginning Balance                                        63,829.48
           18 Deposits/Other Credits                   +           190,647.05
           144 Checks/Other Debits                     -           179,397.80
11/30/2016 Ending Balance      30 Days in Statement Period          75,078.73
------------------------------------------------------------------------------

-------------------------- Deposits/Other Credits --------------------------
11/01/2016 Deposit                                                  17,635.00
11/01/2016 ACH Deposit                                               5,802.37
           JM MAC SC/HHH-PA HCCLAIMPMT
11/02/2016 ACH Deposit                                                 141.08
           JM MAC SC/HHH-PA HCCLAIMPMT
11/03/2016 ACH Deposit                                              18,672.86
           JM MAC SC/HHH-PA HCCLAIMPMT
11/04/2016 ACH Deposit                                               5,162.11
           JM MAC SC/HHH-PA HCCLAIMPMT
11/07/2016 ACH Deposit                                              10,429.94
           JM MAC SC/HHH-PA HCCLAIMPMT
11/08/2016 ACH Deposit                                               3,519.63
           JM MAC SC/HHH-PA HCCLAIMPMT
11/14/2016 Deposit                                                  24,456.04
11/14/2016 ACH Deposit                                              22,756.46
           JM MAC SC/HHH-PA HCCLAIMPMT
11/15/2016 ACH Deposit                                               8,234.32
           JM MAC SC/HHH-PA HCCLAIMPMT
11/21/2016 ACH Deposit                                               2,225.75
           CENTENE CORP      HCCLAIMPMT
11/21/2016 ACH Deposit                                               1,424.48
           CENTENE CORP      HCCLAIMPMT
11/23/2016 Deposit                                                  10,539.52
11/29/2016 ACH Deposit                                               1,230.00
           JM MAC SC/HHH-PA HCCLAIMPMT
11/30/2016 Deposit                                                  30,115.24
11/30/2016 Deposit                                                  21,000.00
11/30/2016 Deposit                                                     931.40
11/30/2016 ACH Deposit                                               6,370.85
           JM MAC SC/HHH-PA HCCLAIMPMT
```



**TEXAS CHAMPION BANK**
6124 S. Staples
P.O. Box 270550
Corpus Christi, TX 78427
361-992-9850
Fax 361-992-9854

101027006

Nov 30, 2016

Pg 2 of 5

SALDIVAR HOME HEALTH INC

```
------- Checks listed in numerical order;  (*) indicates gap in sequence -------
    Check    Date        Amount         Check    Date        Amount
    -----------------------------------  -----------------------------------
    33555    11/08      2,500.00         33874    11/22         530.10
    33681*   11/15         50.00         33875    11/03         438.19
    33805*   11/07        323.88         33876    11/04       1,623.30
    33810*   11/08        777.15         33877    11/04       1,489.29
    33831*   11/04      1,416.30         33879*   11/03       1,141.38
    33832    11/02      3,848.21         33880    11/09         137.14
    33834*   11/02      2,686.78         33881    11/14          81.96
    33835    11/07        419.26         33882    11/02         450.00
    33836    11/14        410.87         33883    11/18         150.00
    33837    11/02      2,024.14         33885*   11/02         850.00
    33838    11/09        128.91         33888*   11/17         100.00
    33839    11/02      1,373.18         33890*   11/07       6,500.00
    33840    11/02         96.27         33891    11/17       2,000.00
    33842*   11/14         33.48         33892    11/04         450.28
    33843    11/02      1,399.51         33893    11/08         138.29
    33844    11/10      1,962.86         33894    11/08       7,500.00
    33846*   11/02        952.89         33895    11/17       1,120.00
    33847    11/03      1,286.88         33896    11/15       2,430.00
    33849*   11/03        714.89         33897    11/08         836.40
    33850    11/02      1,906.53         33898    11/08       1,450.00
    33851    11/02      1,878.97         33899    11/14         160.00
    33854*   11/22         13.45         33900    11/10       5,000.00
    33855    11/03        262.62         33951*   11/17         207.09
    33856    11/02      1,535.16         33958*   11/16           9.49
    33857    11/02      1,377.68         33959    11/14       5,189.30
    33858    11/03      2,225.83         33960    11/16         129.06
    33859    11/01      2,515.49         33961    11/16          60.69
    33860    11/03      1,824.40         33962    11/21       1,555.03
    33861    11/08      1,913.06         33963    11/17       3,482.05
    33862    11/14        437.71         33965*   11/17       2,686.78
    33863    11/02      1,312.64         33966    11/22         267.82
    33865*   11/17        106.82         33967    11/23         289.81
    33866    11/02      2,705.11         33968    11/18       2,024.15
    33868*   11/02        471.85         33969    11/17         316.51
    33869    11/01      1,525.80         33970    11/18       1,480.33
    33871*   11/02        355.99         33971    11/17         457.24
    33872    11/03      1,018.34         33973*   11/17          87.04
    33873    11/02        633.55         33974    11/18         690.74
```



101027006

**TEXAS CHAMPION BANK**
6124 S. Staples
P.O. Box 270550
Corpus Christi, TX 78427
361-992-8850
Fax: 361-992-8854

Nov 30, 2016

Pg 3 of 5

BALDIVAR HOME HEALTH INC

```
------- Checks listed in numerical order;  (*) indicates gap in sequence -------
    Check   Date        Amount           Check   Date        Amount
    -----------------------------        -----------------------------
    33978*  11/21       886.51           33999*  11/17       674.65
    33979   11/18     1,263.67           34000   11/16     1,525.79
    33981*  11/21       587.75           34002*  11/18       809.55
    33982   11/17     1,906.52           34003   11/18     1,064.77
    33983   11/17     2,409.91           34004   11/17       336.26
    33984   11/21       732.57           34005   11/22        69.26
    33986*  11/22       125.10           34006   11/18       298.13
    33987   11/17     1,263.55           34007   11/22     1,577.61
    33988   11/17     1,419.88           34008   11/21       597.70
    33989   11/17     2,195.55           34010*  11/17       965.03
    33990   11/16     2,595.24           34012*  11/16       589.50
    33991   11/17     1,952.03           34013   11/22       276.73
    33992   11/22     2,264.48           34015*  11/18       192.04
    33993   11/29       352.19           34016   11/18       264.38
    33996*  11/18       110.97           34017   11/18        88.38
    33997   11/17     2,681.40
---------------------------------- Other Debits ----------------------------------
11/02/2016 Pay First Check                       33841           346.14
11/02/2016 Pay First Check                       33845         1,030.01
11/02/2016 Pay First Check                       33848         2,495.16
11/02/2016 Pay First Check                       33852           638.28
11/02/2016 Pay First Check                       33853           649.96
11/02/2016 Pay First Check                       33864           761.28
11/02/2016 Pay First Check                       33867         1,041.30
11/02/2016 Pay First Check                       33878         2,183.23
11/02/2016 Pay First Check                       33884           204.00
11/02/2016 Pay First Check                       33889           307.60
11/02/2016 ACH Payment                                         9,135.74
           UNITED HEALTHCAR EDI PAYMTS
11/03/2016 Pay First Check                       33833           528.40
11/07/2016 Pay First Check                       33870         1,665.54
11/07/2016 ACH Payment                                         1,016.83
           EXPERTPAY            EXPERTPAY
11/15/2016 Pay First Check                       34001         1,665.53
11/16/2016 Pay First Check                       33743            20.32
11/16/2016 ACH Payment          KINNSER SOFTWARE 16 ACH        6,840.47
```

**TEXAS CHAMPION BANK**
6124 S. Staples
P.O. Box 270550
Corpus Christi, TX 78427
361-992-9850
Fax: 361-992-9854

101027006

Nov 30, 2016

Pg 4 of 5

SALDIVAR HOME HEALTH INC

```
11/17/2016 Pay First Check                              33955              257.76
11/17/2016 Pay First Check                              33964            1,791.75
11/17/2016 Pay First Check                              33972              407.50
11/17/2016 Pay First Check                              33976            1,851.78
11/17/2016 Pay First Check                              33977            1,152.66
11/17/2016 Pay First Check                              33980            2,495.16
11/17/2016 Pay First Check                              33985              464.66
11/17/2016 Pay First Check                              33994            1,647.40
11/17/2016 Pay First Check                              33995              830.23
11/17/2016 Pay First Check                              33998            1,327.49
11/17/2016 Pay First Check                              34009            2,291.01
11/18/2016 Pay First Check                              34014              500.00
11/21/2016 Pay First Check                              33953               54.49
11/21/2016 Pay First Check                              34011               26.79
11/21/2016 ACH Payment                                                   1,016.83
           EXPERTPAY         EXPERTPAY
11/22/2016 ACH Payment                                                     262.72
           REPUBLICSERVICES RSIBILLPAY
11/22/2016 ACH Payment                                                     150.00
           MY485 INC        ACH Debit
11/27/2016 ATM/Debit card fee   MONTHLY FEE                                  1.00
11/29/2016 ACH Payment                                                     285.00
           LINCOLN BENEFIT CK4INSPYMT ACH.LBLR07234 s
11/30/2016 Analysis Charge                                                  40.76
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $ .00 | $ .00 |
| Total Returned Item Fees | $ .00 | $ .00 |

--------------------------- Daily Ending Balance ---------------------------

| | | | | | |
|---|---|---|---|---|---|
| 11/01 | 83,225.56 | 11/09 | 36,773.46 | 11/18 | 13,205.19 |
| 11/02 | 38,715.48 | 11/10 | 29,810.60 | 11/21 | 11,397.75 |
| 11/03 | 47,947.41 | 11/14 | 70,709.78 | 11/22 | 5,860.48 |
| 11/04 | 48,130.35 | 11/15 | 74,798.57 | 11/23 | 16,110.19 |
| 11/07 | 48,634.78 | 11/16 | 63,028.01 | 11/27 | 16,109.19 |
| 11/08 | 37,039.51 | 11/17 | 22,142.30 | 11/29 | 16,702.00 |

**TEXAS CHAMPION BANK**
6124 S. Staples
P.O. Box 270550
Corpus Christi, TX 78427
361-992-9850
Fax: 361-992-9854

101027006

Nov 30, 2016

Pg  5 of  5

SALDIVAR HOME HEALTH INC

```
---------------------------- Daily Ending Balance ------------------------------
11/30         75,078.73
```



Amount - $931.40 - Posted: 11/30/2016



Amount - $30,115.24 - Posted: 11/30/2016



Amount - $10,539.52 - Posted: 11/23/2016



Check #: 33555 Amount: $2,500.00 Posted: 11/8/2016



Amount - $17,635.00 - Posted: 11/1/2016



Check #: 33681 Amount: $50.00 Posted: 11/15/2016



Amount - $21,000.00 - Posted: 11/30/2016



Check #: 33743 Amount: $20.32 Posted: 11/16/2016



Amount - $24,456.04 - Posted: 11/14/2016



Check #: 33805 Amount: $323.88 Posted: 11/7/2016

10:25 AM
01/10/17
Accrual Basis

# Sandiván Home Health Inc.
## Profit & Loss
### November 2016

|  | Nov 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **303 · H.M.O.' Income** | |
| 30310 · Molina Healthcare | 5,957.54 |
| 30309 · Amerigroup | 77.19 |
| 30307 · Aetna | 10,999.57 |
| 30306 · United Healthcare | 28,981.48 |
| 30304 · Superior HealthPlan | 7,128.69 |
| 30303 · Humana | 16,210.85 |
| **Total 303 · H.M.O.' Income** | 69,355.32 |
| 317 · Medicare Revenue | 82,319.62 |
| 314 · Msc. Revenue | 337.11 |
| **Total Income** | 152,012.05 |
| **Cost of Goods Sold** | |
| 40205 · Contract - P.T. | 6,620.00 |
| 40206 · Contract - S.T. | 95.00 |
| 40204 · Contract Occup. Therapy | 95.00 |
| 40203 · Contract Services | 1,000.00 |
| 405 · Mileage ( All Discp) | 8,180.20 |
| 40101 · Skilled Nursing Wages | 82,717.06 |
| **Total COGS** | 98,707.26 |
| **Gross Profit** | 53,304.79 |
| **Expense** | |
| **680001 · Reimbursed Expenses** | |
| 68005 · Insurance Group Health | 9,541.20 |
| 68004 · Insurance - Miscellanous | 285.00 |
| 68010 · United Healthcare Medical | -5,131.53 |
| 68011 · United Healthcare Dental | -370.32 |
| 68012 · UHC Voluntary Life | -111.21 |
| 68009 · United Healthcare Vision | -91.24 |
| **Total 680001 · Reimbursed Expenses** | 4,121.90 |
| 506 · Advertising & Promotion | 1.00 |
| 653 · Bank Charges | 40.76 |
| 593 · Car Allowances | 260.00 |
| 6560 · Payroll Expenses | 1,128.09 |
| 550 · Data Processing | 7,982.28 |
| 580 · Employee Benefits Others | 500.00 |
| 585 · Employer FICA Expense | 11,042.87 |
| 586 · Fuel Expense - Auto | 20.62 |
| 590 · FUTA Expense | 68.10 |
| 595 · General & Admin. Wages | 55,946.37 |
| 594 · General Maintenance - Auto | 122.77 |
| 577 · HH Consultant - Clinical | 5,000.00 |
| 615 · Interest Expense | 9.49 |
| 627 · Labor | 805.04 |

Page 1 of 2

10:35 AM
01/10/17
Accrual Basis

# S#1 River Hood Health Int
## Profit & Loss
### November 2016

|  | Nov 16 | | |
|---|---:|---:|---:|
| 511 · Medical Consultant | 5,000.00 | | |
| 510 · Medical Director | 6,250.00 | | |
| 641 · Medical Supply | 479.22 | | |
| 640 · Office Expense | 19.81 | | |
| 59000 · On Call 59000 | 4,560.00 | | |
| 670 · Rent | 7,294.60 | | |
| 671 · Rent - Equipment | 1,265.61 | | |
| 675 · Taxes & Licenses | 143.50 | | |
| 685 · Telephones | 541.87 | | |
| 690 · Utilities | 667.54 | | |
| **Total Expense** | 113,271.44 | -59,966.65 | 211,978.70 |
| **Net Ordinary Income** | -59,966.65 | | |
| Other Income/Expense | | | |
| Other Expense | | | |
| 676 · Penalities | 6,500.00 | | |
| 315 · Reimbursements Intercompany | -38,635.00 | | |
| **Total Other Expense** | -32,135.00 | | |
| **Net Other Income** | 32,135.00 | | |
| **Net Income** | -27,831.65 | | |