# UNITED STATES BANKRUPTCY COURT

**MOR-1**

| | |
|---|---|
| CASE NAME: | Saldivar Home Health, Inc. |
| CASE NUMBER: | 16-52586 |
| PROPOSED PLAN DATE: | 11/30/2016 |

| | |
|---|---|
| PETITION DATE: | 11/16/2016 |
| DISTRICT OF TEXAS: | |
| DIVISION: | |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH January YEAR 2017

| MONTH | Nov-16 | Dec-16 | Jan-17 | 2016 |
|---|---|---|---|---|
| REVENUES (MOR-6) | 152,012.00 | 180,133.30 | 142,125.10 | 0.00 | 1,846,057.00 |
| INCOME BEFORE INT.; DEPREC./TAX (MOR-6) | -59,967.00 | -116,686.23 | -64,570.86 | 0.00 | -656,872.00 |
| NET INCOME (LOSS) (MOR-6) | -59,967.00 | -116,686.23 | -64,570.86 | 0.00 | -656,872.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 7,659.00 | 16,162.00 | 16,162.00 | 0.00 | 84,246.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 211,979.00 | 296,819.53 | 206,695.96 | 0.00 | 2,502,929.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) NO ( ) | 4/27/2017 |
| LIABILITY | YES ( ) NO ( ) | 4/27/2017 |
| VEHICLE | YES ( ) NO ( ) | 8/22/2017 |
| WORKER'S | YES ( ) NO X | - - : - - |
| OTHER | YES ( ) NO X | - - : - - |

CIRCLE ONE

| | | |
|---|---|---|
| Are all accounts receivable being collected within terms? | Yes | No |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes | No |
| Have any pre-petition liabilities been paid? | Yes | No |
| If so, describe | | |
| Are all funds received being deposited into DIP bank accounts? | Yes | No |
| Were any assets disposed of outside the normal course of business? | Yes | No |
| If so, describe | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | Yes | No |
| What is the status of your Plan of Reorganization? | | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: C.O.O
(ORIGINAL SIGNATURE)

_____ 3/13/2017
(PRINT NAME OF SIGNATORY)         DATE

| | |
|---|---|
| ATTORNEY NAME: | |
| FIRM NAME: | Dean W. Greer, Attorney at Law |
| ADDRESS: | 2929 Mossrock, Suite 117 |
| | San Antonio, Texas 78230 |
| CITY, STATE, ZIP: | |
| TELEPHONE/FAX: | 210 342-7100 |
| | 210 342-3633 Fax |

**MOR-1**          Revised 07/01/98

CASE NAME: Saldivar Home Health, Inc.
CASE NUMBER: 16-52586

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 11/11/2016 0:00 | MONTH 11/30/2016 0:00 | MONTH 12/31/2016 0:00 | MONTH 1/31/2017 0:00 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | | 75,079.00 | 75,078.73 | 64,242.13 | | | | |
| Accounts Receivable, Net | | 209,134.00 | 189,562.00 | 198,562.00 | | | | |
| Inventory: Lower of Cost or Market | | 0.00 | | | | | | |
| Prepaid Expenses | | 0.00 | | | | | | |
| Investments | | 0.00 | | | | | | |
| Other | | 0.00 | | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 284,213.00 | 264,640.73 | 262,804.13 | | 0.00 | | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | 704,725.00 | 704,725.00 | 704,725.00 | | | | |
| Less Accumulated Depreciation | | 631,879.00 | 631,879.00 | 631,879.00 | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 72,846.00 | 72,846.00 | 72,846.00 | | 0.00 | | 0.00 |
| **OTHER ASSETS** | | | | | | | | |
| 1. Tax Deposits | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | |
| 3. Electric Deposit | | | | | | | | |
| 4. | | | | | | | | |
| TOTAL ASSETS | $0.00 | $357,059.00 | $337,486.73 | $335,650.13 | | $0.00 | | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: Saldivar Home Health, Inc.
CASE NUMBER: 16-52586

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 11/16/2016 0:00 | MONTH 11/30/2016 0:00 | MONTH 12/31/2016 0:00 | MONTH 1/31/2017 0:00 | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 3,119,536.41 | 3,119,536.41 | 3,119,536.41 | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | | 14,149.38 | 14,149.38 | 14,149.38 | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | 285,916.00 | 323,802.96 | 360,086.38 | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | | | | | | |
| Other | 0.00 | | | | 0.00 | 0.00 | 0.00 |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 300,065.38 | 337,952.34 | 374,235.76 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 0.00 | 3,419,601.79 | 3,457,488.75 | 3,493,772.17 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | 1,000.00 | 1,000.00 | 1,000.00 | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | -234,135.00 | -234,135.00 | -234,135.00 | | | |
| RETAINED EARNINGS: Post Filing Date | | -234,135.00 | -59,967.00 | -59,967.00 | -59,967.00 | -59,967.00 | -59,967.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 0.00 | -467,270.00 | -293,102.00 | -293,102.00 | -59,967.00 | -59,967.00 | -59,967.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $2,952,331.79 | $3,164,386.75 | $3,200,670.17 | ($59,967.00) | ($59,967.00) | ($59,967.00) |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

CASE NAME: Saldivar Home Health, Inc.
CASE NUMBER: 16-52586

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| | 11/30/2016 | 12/31/2016 | 1/31/2017 | | | |
| *TRADE ACCOUNTS PAYABLE* | 3,119,536.41 | 3,119,536.41 | 3,119,536.41 | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | 285,916.00 | 323,802.96 | 360,086.38 | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 285,916.00 | 323,802.96 | 360,086.38 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 14,149.38 | 14,149.38 | 14,149.38 | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $3,419,601.79 | $3,457,488.75 | $3,493,772.17 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

Revised 07/01/98

CASE NAME: Saldivar Home Health, Inc.
CASE NUMBER: 16-52586

## AGING OF POST-PETITION LIABILITIES
### MONTH    November - January 2017

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 3,839,709.17 | 3,479,622.79 | 360,086.38 | | | |
| TOTAL | $3,839,709.17 | $3,479,622.79 | $360,086.38 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | 11/30/2016 | 12/31/2016 | 1/31/2017 | | |
|---|---|---|---|---|---|
| 0-30 DAYS | 141,095.15 | 196,321.55 | 188,546.23 | | |
| 31-60 DAYS | 52,476.67 | 47,965.23 | 39,658.21 | | |
| 61-90 DAYS | 19,632.49 | 16,235.66 | 13,569.28 | | |
| 91+ DAYS | 12,053.80 | 10,123.33 | 9,689.23 | | |
| TOTAL | $225,258.11 | 270,645.77 | 251,462.95 | $0.00 | $0.00 |

**MOR-5**

*Revised 07/01/98*

CASE NAME: Saldivar Home Health, Inc.

CASE NUMBER: 16-52586

## STATEMENT OF INCOME (LOSS)

| | MONTH 11/30/2016 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 152,012.00 | | | | | | 152,012.00 |
| TOTAL COST OF REVENUES | 90,626.00 | | | | | | 90,626.00 |
| GROSS PROFIT | 61,386.00 | | 0.00 | | 0.00 | 0.00 | 61,386.00 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | | | | | | | 0.00 |
| Insiders Compensation | 8,082.00 | | | | | | 8,082.00 |
| Professional Fees | | | | | | | 0.00 |
| Other | 113,271.00 | | | | | | 113,271.00 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 121,353.00 | | 0.00 | | 0.00 | 0.00 | 121,353.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -59,967.00 | | 0.00 | | 0.00 | 0.00 | -59,967.00 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | | 0.00 | | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -59,967.00 | | 0.00 | | 0.00 | 0.00 | -59,967.00 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($59,967.00) | | $0.00 | | $0.00 | $0.00 | ($59,967.00) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

CASE NAME: Saldivar Home Health, Inc.

CASE NUMBER: 16-52586

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Nov-16 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $63,829.00 | $75,079.00 | $75,079.00 | $75,079.00 | $75,079.00 | $75,079.00 | $63,829.00 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 190,647.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 115,765.00 | | | | | | 115,765.00 |
| 8. PAYROLL TAXES PAID | 0.00 | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | 63,633.00 | | | | | | 63,633.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 179,398.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 179,398.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 179,398.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 179,398.00 |
| 22. NET CASH FLOW | 11,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -179,398.00 |
| 23. CASH - END OF MONTH (MOR-2) | $75,079.00 | $75,079.00 | $75,079.00 | $75,079.00 | $75,079.00 | $75,079.00 | ($115,569.00) |

* Applies to Individual debtors only

**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: Saldivar Home Health, Inc.
CASE NUMBER: 16-52586

# CASH ACCOUNT RECONCILIATION
## MONTH OF _____ 11/30/2016

| BANK NAME | Texas Champion Bank | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 101027006 | | | | # | | | |
| ACCOUNT TYPE | OPERATING | # | PAYROLL | | TAX | | OTHER FUNDS | TOTAL |
| BANK BALANCE | 75,078.73 | | | | | | | $75,078.73 |
| DEPOSITS IN TRANSIT | 30,850.01 | | | | | | | $30,850.01 |
| OUTSTANDING CHECKS | -118,238.41 | | | | | | | ($118,238.41) |
| ADJUSTED BANK BALANCE | ($12,309.67) | | $0.00 | | $0.00 | | $0.00 | ($12,309.67) |
| BEGINNING CASH - PER BOOKS | 11,249.25 | | | | | | | $11,249.25 |
| RECEIPTS* | 190,647.00 | | | | | | | $190,647.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 179,398.00 | | | | | | | $179,398.00 |
| ENDING CASH - PER BOOKS | $22,498.25 | | $0.00 | | $0.00 | | $0.00 | $22,498.25 |

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

**MOR-8**

*Revised 07/01/98*

**CASE NAME:** Saldivar Home Health, Inc.

**CASE NUMBER:** 16-52586

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| | 11/30/2016 | | | | | |
| 1. Margot Saldivar | 7,454.00 | | | | | |
| 2. Robert Saldivar | 8,708.00 | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $16,162.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**

Revised 07/01/98