IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | NO. 16-52586-cag |
|---|---|---|
| | § | |
| SALDIVAR HOME HEALTH, INC. | § | |
| | § | |
| DEBTOR | § | |
| | § | CHAPTER 11 PROCEEDING |

RESPONSE TO MOTION OF THE UNITED STATES TRUSTEE
TO DISMISS CASE

TO THE HONORABLE BANKRUPTCY JUDGE:

Saldivar Home Health, Inc. ("Debtor"), the Chapter 11 Debtor, files this Response to the Motion of the United States Trustee ("UST") to dismiss this case ("Motion") and would assert the following:

### Answer

1    The allegations in Paragraph 1 and 2 of the Motion are admitted.

2.    In response to the allegations contained in paragraph 2 of the Motion, Debtor admits that various proof of claims have been filed but deny they are owed in the amount asserted.

3.    The allegations in paragraph 4 of the Motion are admitted. Debtor asserts all reports will be filed in very short order.

4.    In response to the allegations in paragraph 5 of the Motion are admitted. However, Debtor asserts it will pay all monies owed to the UST.

5.    The allegations in Paragraphs 6 through 10 are denied.

### Further Response

9.    Debtor asserts this case should not be dismissed.

10.    This debtor has not been idle during the relatively brief time in bankruptcy. Debtor has been in negotiations with Palmetto GBA, LLC to reduce the automatic recoupment Palmetto has been taking before and since the bankruptcy filing. Debtor believes it has reached an agreement with Mr. Gary Wright, the assistant United States

Attorney representing Palmetto. If the agreement is confirmed, Debtor will be in position to formulate a plan of reorganization.

11. Debtor believes all the reports will be filed shortly and all fees paid.

12. The only ability to repay these obligations is to permit the Debtor to confirm its agreement with Palmetto and formulate a Plan. This will also allow the Debtor to stay in existence.

WHEREFORE, premises considered, Debtor requests the court to deny the motion to dismiss and for such other and further relief, at law or in equity, as to which it may be justly entitled.

Respectfully submitted,

/s/Dean W. Greer
DEAN W. GREER
Attorney for Debtor
2929 Mossrock, Suite 117
San Antonio, Texas 78230
(210) 342-7100
(210) 342-3633 - Telecopier
State Bar No. 08414100

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Response to the United State Trustee's Motion to Dismiss was served by electronic means for all Pacer system participants and/or by first class mail, postage prepaid, to all parties listed on the attached Service List on this the _____ day of May, 2017.

/s/ Dean W. Greer
DEAN W. GREER

Label Matrix for local noticing
0542-5
Case 16-52586-cag
Western District of Texas
San Antonio
Fri May 19 10:52:20 CDT 2017

Saldivar Home Health Inc.
P.O. Box 3531
Alice, TX 78333-3531

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

AT&T Corp
c/o AT&T Services Inc.
Karen A. Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Alianz Medical Inc.
9858 Gades Road Ste D3-114
Boca Raton FL 33434-3983

Allegro Medical
360 Veterans Pkwy Ste 115
Bolingbrook IL 60440-4673

American Specialty Advertising
899 Skokie Blvd Ste 112
Northbrook IL 60062-4037

Attorney General of the U.S.
10th & Const. Ave. N.W.#5111
Washington, D.C 20530-0001

Bexar County
c/o Don Stecker
711 Navarro, Suite 300
San Antonio, TX 78205-1749

Decision Health
PO Box 9405
Gaithersburg MD 20898-9405

Direct Rehab Inc
1635 NE Loop 410 Ste 506
San Antonio TX 78209-1618

Elizabeth H Hogur Esq.
107 Guilford
Summerville SC 29483-5583

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company LLC
c/o Christopher Naylor
5120 Woodway, Ste. 9000
Houston, Texas 77056-1725

Gulf South Medical Supply
PO Box 841968
Dallas TX 75284-1968

HomeCare Medical Equipment
401 Flournoy Rd
Alice TX 78332

Homecare Dimensions Inc
12500 Network Blvd. #210
San Antonio TX 78249-3301

Homeline Medical Inc
14906 Collections Center Dr.
Chicago IL 60693-0149

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Jim Wells CAD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O.Box 17428
Austin, TX 78760-7428

Kimberly A. Walsh
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711 2548

Laredo Sports Medicine Clinic
9652 McPherson Ste 12
Laredo TX 78045-6567

McKesson Medical-Surgical
Minnesota Supply, Inc.
4345 Southpoint Blvd.
Jacksonville, FL 32216-6166

Moreno Physical Therapy
3632 Josefina Dr.
Laredo TX 78041-1956

Palmetto GBA LLC
8300 Springdale Drive
Camden South Carolina 29020

Palmier Comprehensive Physical Therapy
3115 W Alberta Rd.
Edinburg TX 78539-9402

RGV Therapists PC
1617 E Tyler Avenue Ste F
Harlingen TX 78550-7480

Southwestern Bell Telephone Company
% AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Texas Workforce Commission
Regulatory Integrity Division - SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

Exhibit A

| U. S. Attorney/IRS<br>601 N. W. Loop 410, Suite 600<br>San Antonio, Texas 78216-5512 | U. S. Trustee<br>615 E. Houston St. Room 533<br>San Antonio, Texas 78205-2055 | U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>VICTORIA ABRIL<br>ASSOCIATE REGIONAL ADMINISTRATOR DHHS<br>26 FEDERAL PLAZA ROOM 38-130<br>NEW YORK, NY 10278-0004 |
|---|---|---|
| United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 | Walsh Anderson Brown Gallegos & Green<br>PO Box 2156<br>Austin TX 78768-2156 | Walsh Gallegos Trevino Russo & Kyle P.C.<br>10375 Richmond Ave., Suite 750<br>Houston, Texas 77042-4196 |
| Dean William Greer<br>2929 Mossrock, Suite 117<br>San Antonio, TX 78230-5141 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Ford Motor Credit Company LLC<br>Dept. 55953, P.O. Box 55000<br>Detroit, MI 48255 | Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | End of Label Matrix<br>Mailable recipients  36<br>Bypassed recipients   0<br>Total                36 |
|---|---|---|